**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, LOUIE CALLES**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>LOUIE CALLES,<br><br>Defendant(s). | Case No.:  1:13 CR00362 AWI-BAM (007)<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON** |

Pursuant to F.R. Crim. P. 43(b)(3), Defendant, LOUIE CALLES, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, PETER M. JONES, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. CALLES is currently in compliance with all his conditions under Pretrial Services.

Dated: November 1, 2013   /s/LOUIE CALLES
　　　　　　　　　　　　　　　　LOUIE CALLES


Dated: November 1, 2013

　　　　　　　　　　　　　　　　/s/ PETER M. JONES
　　　　　　　　　　　　　　　　PETER M. JONES, Attorney for
　　　　　　　　　　　　　　　　Defendant, LOUIE CALLES

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **November 1, 2013**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE