**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for: **Defendant, LOUIE CALLES**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>LOUIE CALLES,<br><br>　　　　Defendant(s). | Case No.: 1:13 CR00362 AWI-BAM (007)<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND ORDER THEREON |

　　　　Defendant, LOUIE CALLES, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Benjamin B. Wagner hereby stipulate as follows:

　　　　That the condition of Pretrial Release regarding Defendants' travel be modified to reflect the following: Defendant may travel to the State of Colorado to visit his daughter, Nicole Calles, and granddaughter. Defendant is to leave no earlier than Friday, May 16, 2014, and return to Fresno no later than Sunday, June 1, 2014; all other conditions of release, not in conflict, shall remain in full force and effect.

**DECLARATION OF PETER M. JONES**

I, Peter M. Jones, declare as follows:

1.  I am an attorney admitted to practice before this court, and am counsel of record for Louie Calles, a Defendant in the above-entitled action.

2.  Mr. Calles informed me that he would like to visit his daughter, Nicole Calles, and his newborn granddaughter in Colorado.

3.  Mr. Calles currently resides in Fresno, CA and is being supervised by pre-trial release. His daughter, Nicole Calles, resides in Centennial, Colorado.

4.  I have contacted Pretrial Release Officer, Jacob Scott, and informed him of Mr. Calle's desire to travel to Colorado. Officer Scott informed me that he had no opposition to Mr. Calle's traveling to Colorado as stipulated.

5.  I have contacted AUSA Grant Rabenn, and he has agreed to stipulate to the Defendant's travel request provided there are specific departure and return dates.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed in Fresno, California, on April 25, 2014.

                                              /s/ Peter M. Jones
                                                 Peter M. Jones

Dated: April 25, 2014          Respectfully submitted,


                               By: /s/ PETER M. JONES
                                   PETER M. JONES, Attorney for
                                   Defendant, LOUIE CALLES


Dated: April 25, 2014          BENJAMIN B. WAGNER, U.S. Attorney
                               UNITED STATES ATTORNEY'S OFFICE


                               By: /s/ GRANT RABENN
                                   GRANT RABENN,
                                   Assistant U.S. Attorney


**ORDER**

     Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the travel condition of Pretrial Release regarding Defendant, Louie Calles, be modified as follows:  He may travel to the State of Colorado to visit his daughter, Nicole Calles and his granddaughter.  He will leave no earlier than Friday, May 16, 2014 and return to Fresno, CA no later than Sunday, June 1, 2014.  All other conditions of release, not in conflict, shall remain in full force and effect.

IT IS SO ORDERED.

    Dated:  **April 28, 2014**                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE