1

2

3

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

4

Peter M. Jones, Esq. SBN# 105811

5

Attorneys for:      **Defendant, LOUIE CALLES**

6

7

8

9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| UNITED STATES OF AMERICA,<br><br>              Plaintiff(s),<br><br>    v.<br><br>LOUIE CALLES,<br><br>              Defendant(s). | Case No.:  1:13 CR00362 AWI-BAM (007)<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND ORDER THEREON |
| --- | --- |

18

19

20

Defendant, LOUIE CALLES, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Benjamin B. Wagner hereby stipulate as follows:

21

22

23

24

25

26

That the condition of Pretrial Release regarding Defendants' travel be modified to reflect the following: Defendant may travel to the State of Colorado to visit his daughter, Nicole Calles, and granddaughter.  Defendant is to leave no earlier than Friday, October 17, 2014, and return to Fresno no later than Saturday, October 25, 2014; all other conditions of release, not in conflict, shall remain in full force and effect.

27

28

## DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows:

1        1.     I am an attorney admitted to practice before this court, and am counsel of record

2 for Louie Calles, a Defendant in the above-entitled action.

3        2.     Mr. Calles informed me that he would like to visit his daughter, Nicole Calles,

4 and granddaughter in Colorado.

5        3.     Mr. Calles currently resides in Fresno, CA and is being supervised by pre-trial

6 release.  His daughter, Nicole Calles, resides in Centennial, Colorado.

7        4.     I have contacted Pretrial Release Officer, Jacob Scott, and informed him of Mr.

8 Calle's desire to travel to Colorado.  Officer Scott informed me that he had no opposition to

9 Mr. Calle's traveling to Colorado as stipulated**.**

10       5.     I have contacted AUSA Grant Rabenn, and he has agreed to stipulate to the

11 Defendant's travel request provided there are specific departure and return dates (Itinerary

12 attached).

13            I declare under penalty of perjury that the foregoing is true and that this

14 declaration was executed in Fresno, California, on September 16, 2014.

15                                        /s/ Peter M. Jones

16                                         Peter M. Jones

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  September 16, 2014          Respectfully submitted,

2

3                                      By: /s/ PETER M. JONES
                                          PETER M. JONES, Attorney for
                                          Defendant, LOUIE CALLES
4

5   Dated:  September 16, 2014          BENJAMIN B. WAGNER, U.S. Attorney
                                        UNITED STATES ATTORNEY'S OFFICE
6

7

8                                      By: /s/ GRANT RABENN
                                          GRANT RABENN,
                                          Assistant U.S. Attorney
9

10

11

12

13                                     **ORDER**

14

15          Having reviewed the above Stipulation and Good Cause Appearing, it is hereby

    ordered that the travel condition of Pretrial Release regarding Defendant, Louie Calles, be
16
    modified as follows:  He may travel to the State of Colorado to visit his daughter, Nicole
17
    Calles and his granddaughter.  He will leave no earlier than Friday, October 17, 2014 and
18
    return to Fresno, CA no later than Saturday, October 25, 2014.  All other conditions of release,
19
    not in conflict, shall remain in full force and effect.
20

21  IT IS SO ORDERED.

22
        Dated:   **September 17, 2014**          /s/ Barbara A. McAuliffe
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28