**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:      **Defendant, LOUIE CALLES**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:  1:13-CR-00362-AWI-BAM** |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | |
| LOUIE CALLES, | |
| Defendant(s). | **Judge:  HON. ANTHONY W. ISHI**<br>**Dept.:   2** |

The Court having considered Defendant's Request to Seal Documents, his Notice of Motion and Motion for ADA Accommodations, including the Declaration of Peter M. Jones in Support of Motion for ADA Accommodations, finds compelling reasons for the filing of the documents under seal.  Therefore, Defendant's Request to Seal Documents is GRANTED.

This Order regarding sealing will be permanent, and that no one is to have access to these documents except for the Court and anyone this Court deems appropriate.

IT IS HEREBY ORDERED that the Defendant's Notice of Motion and Motion for ADA Accommodations and Declaration of Peter M. Jones in Support of Motion for ADA Accommodations shall be **FILED UNDER SEAL**.

/ / /

{7414/002/00577066.DOC}                                 1

Case 1:13-cr-00362-AWI-BAM   Document 282   Filed 10/14/15   Page 2 of 2

IT IS SO ORDERED.

Dated:   October 13, 2015

_____
SENIOR  DISTRICT  JUDGE

{7414/002/00577066.DOC}                           2

ORDER GRANTING REQUEST TO SEAL DOCUMENTS