**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, LOUIE CALLES**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00362-AWI-BAM |
| **Plaintiff(s),** | **ORDER ON DEFENDANT'S REQUEST FOR ADA ACCOMMODATIONS** |
| v. | |
| LOUIE CALLES, | |
| **Defendant(s).** | **Judge:** HON. ANTHONY W. ISHI<br>**Dept.:**  2 |

Based upon Defendant's Motion and good cause appearing:

IT IS ORDERED that the ADA Accommodations requested by the Defendant as set forth by Dr. Karin Huffer and delineated below are:

(1)  Mr. Calles may appear at his trial from a distance or in a sequestered room if he is unable to sustain the rigors of trial.

[ ] Granted       [ X ] Denied  **But subject to knowing and intelligent waiver of personal presence.**

(2) Mr. Calles must be allowed to take frequent breaks as needed during the proceedings.

[ ] Granted       [ X ] Denied  **But see above # (1)**

{7414/002/00577069.DOC}                              1

_____
ORDER ON DEFENDANT'S REQUEST FOR ADA ACCOMMODATIONS

      (3) Mr. Calles may have a trained advocate available to monitor medication regimen and observe symptoms and needed interventions.

[ ] Granted     [ X ] Denied  **While court is in session.  But see above # (1)**

      (4) During testimony Mr. Calles may have his advocate available, when needed, to interpret questions for him if he struggles with receptive speech and communication.

[ ] Granted     [ X ] Denied

IT IS SO ORDERED.

Dated:   October 13, 2015              _____
                                               SENIOR DISTRICT JUDGE