**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, LOUIE CALLES**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff(s),<br><br>       v.<br><br>LOUIE CALLES,<br><br>            Defendant(s). | Case No.:  1:13 CR00362 AWI-BAM<br><br>**STIPULATION FOR CONTINUANCE OF SENTENCING AND ORDER THEREON**<br><br><br>**Judge:  HON. ANTHONY W. ISHI**<br>**Dept. :  2** |

   IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, Grant B. Rabenn and Henry Carbajal, counsel for the United States of America, and Peter M. Jones, counsel for the Defendant, LOUIE CALLES that the sentencing hearing currently set for Monday, January 11, 2016, may be continued to February 29, 2016, at 10:00 a.m.

   The reason is this continuance is to provide the Defendant additional time to gather additional materials to be provided to the court, which would have relevance to his sentence.

   The United States Probation Office has been informed of this Stipulation.

Dated:  January 7, 2016    BENJAMIN B. WAGNER
             United States Attorney


             By:  /s/ Grant B. Rabenn
              GRANT B. RABENN, Asst. United States Attorney

{7414/002/00593900.DOC}       1

_____
**STIPULATION FOR CONTINUANCE OF SENTENCING AND [PROPOSED] ORDER THEREON**

1  Dated: January 7, 2016        Respectfully submitted,

2

3                                By: /s/ Peter M. Jones
                                     PETER M. JONES, Attorney for Defendant
4                                    LOUIE CALLES

5

6                                **ORDER**

7

8      **IT IS SO ORDERED** that the sentencing hearing on January 11, 2016 be

9  continued to February 29, 2016, at 10:00 a.m.

10

11  IT IS SO ORDERED.

12  Dated:  January 7, 2016                    _____
13                                              SENIOR  DISTRICT  JUDGE

14

15-28 blank